IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and <br> THE COMMONWEALTH OF PENNSYLVANIA, <br><br> Plaintiffs, <br><br> v. <br><br> THE BRADFORD SANITARY AUTHORITY <br><br> Defendant. | Case No. 03-123E |

## UNITED STATES RESPONSE TO DEFENDANT'S MOTION TO TERMINATE THE CONSENT DECREE

The United States of America, on behalf of the United States Environmental Protection Agency, and through its undersigned Counsel, hereby responds to Defendant's Motion to Terminate the Consent Decree:

Defendant has satisfied all of the requirements of the Consent Decree entered by this Court on April 16, 2003, in accordance with Paragraph 61 of the Consent Decree. Accordingly, the United States has no objection to terminating the Consent Decree, as requested by Defendant.

Respectfully submitted,

ROBERT E. LEFEVRE
Attorney
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 616-8860

<u>CERTIFICATE OF SERVICE</u>

The undersigned Counsel for the United States hereby certifies that on the 25th day of August, 2005, he caused a true copy of the attached document to be served, by U.S. Postal Service, postage prepaid, upon the following Counsel of record:

Richard W. Mutzabaugh
Mutzabaugh & Sanders
13 Main Street
Bradford, PA 16701

Douglas G. Moorhead
Assistant Counsel
PADEP
230 Chestnut Street
Meadville, PA 16335

Yvette Roundtree
Office of Regional Counsel
USEPA
1650 Arch Street
Philadelphia, PA 191003-2029

_____
Robert E. Lefevre, Esq.



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Enforcement Section*  *Telephone (202) 514-5271*
*P.O. Box 7611*  *Facsimile (202) 353-0296*
*Ben Franklin Station*  *Facsimile (202) 514-0097*
*Washington, DC 20044-7611*

August 25, 2005

Office of The Clerk
U.S. District Court
U.S. Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

Re:  U.S. v. Bradford Sanitation Authority, No. 03-123E

Dear Sir or Madam:

Please file, on behalf of the United States, the enclosed United States' Response to Defendant's Motion to Terminate the Consent Decree.

Thank you.

Robert E. Lefevre, Esq.
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 616-8860
Robert.Lefevre@usdoj.gov