# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>THE COMMONWEALTH OF<br>PENNSYLVANIA<br><br>Plaintiffs,<br><br>v.<br><br>THE BRADFORD SANITATION AUTHORITY<br><br>Defendant. | Case No. 03-123 E |

## ORDER

Upon consideration of Defendant Bradford Sanitation Authority's Motion to Terminate the Consent Decree and the Plaintiffs statement in response, it is this ___ day of _____, 2005, ordered that the motion is GRANTED and the Consent Decree is hereby terminated.

_____
Judge, United States District Court for the
Western District of Pennsylvania